UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Catherine Chambers,

                     Plaintiff,                              ORDER
                                                                                  CV 05-3931 (SJF)

    -vs-

Verizon,

                     Defendant.
--------------------------------------------------------X
FEUERSTEIN, J.

      Plaintiff having failed to notify the Court in writing by August 31, 2007 and due notice having been given on August 16, 2007 that failure to comply with the Court's order may result in the dismissal of this action. The above-captioned case is dismissed.

                                                  SO ORDERED.

                                                  _____
                                                  Sandra J. Feuerstein
                                                  United States District Judge

Dated:  Central Islip, NY
           October 31, 2007

Copies via U.S.P.S. to:

Catherine Chambers
31 Foster Place
Hempstead, NY 11550